# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1284**

**KA 08-02025**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, LINDLEY, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

ROBERT RICHARDSON, ALSO KNOWN AS HANIF RICHARDSON,
DEFENDANT-APPELLANT.

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (PHILIP ROTHSCHILD OF
COUNSEL), FOR DEFENDANT-APPELLANT.

WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (JAMES P. MAXWELL
OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Onondaga County
(John J. Brunetti, A.J.), rendered July 7, 2008. The judgment
convicted defendant, upon his plea of guilty, of robbery in the first
degree and assault in the first degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered: December 23, 2011                          Frances E. Cafarell
                                                    Clerk of the Court